# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE

**Case #: 1:07MJ31, 1:07MJ32, 1:07MJ33AK** **Time Commenced: 1:43 p.m.**
**Date: 6/29/07** **Time Concluded: 1:52 p.m.**

---

**DOCKET ENTRY: FIRST APPEARANCE**

---

**PRESENT: HONORABLE ALLAN KORNBLUM, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Beverly Stiefvater | CD 07-02 | Frank Williams | Vanessa Carbia |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A. v. (Defendants listed below)**

(1) ANGEL GARCIA
2) LUIS ALBERTO MATA-MORENO
3) LUIS ANTONIO BUJANDA-CALLEJAS
_X_ present _x_ custody____ bond___ O/R

**Attorneys for Defendant:**

1) JON UMAN
2)GEOFFREY MASON FOR STEPHEN BERNSTEIN
3) GEOFFREY MASON FOR THOMAS EDWARDS
_X_ present _x_ appointed _____retained

___x_ Defendant advised that he/she is before a U.S. Magistrate Judge

___x_ Defendant advised of charges, penalties and fines

___x_ Defendant advised of right to remain silent and consult with an attorney before making any statement

___x_ Defendant advised of his right to hire counsel, or have counsel appointed

___x_ Defendant executed a CJA Form 23 and swears that it is accurate

____ Order appointing Federal Public Defender filed ___X___ CJA attorney appointed

____ Defendant financially able to employ counsel (Name:________)

__x_ Defendant advised of his right to a PRELIMINARY HEARING

__x_ Defendant waives Preliminary Hearing without prejudice

_____ Preliminary Hearing scheduled for:____________________________________________________

___x_ Government does/______does not move for detention

___x_ Detention hearing waived without prejudice

____ Detention hearing held/ _____scheduled for

____ Bond set: $________________unsecured bond (see order setting conditions of release)

____ Defendant released on bond pending trial

____ Defendant detained pending trial

____ Defendant held over until ______________________________ (Defendant temporarily detained)

____ Arraignment conducted

___ Trial set for:______________________________________________________________________

Initials of Deputy Clerk: atm