IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO. 1:07MJ31 AK

ANGEL GARCIA

Defendant
_______________________________/

**ORDER APPOINTING CJA PANEL ATTORNEY**

The above named defendant who appeared before this Court, having been examined by the undersigned, and the Court having determined from the sworn testimony of the defendant that said defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is

ORDERED:

**Jon Uman, PO Box 1413, Gainesville, FL 32602, (352) 372-7077**, is appointed to represent this defendant and serve as counsel of record in the above-styled proceedings.

DONE AND ORDERED this 29th day of June, 2007.

ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.

07 JUN 29 PM 3:49

FILED