AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
V.
Angel Garcia-Bercovich

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**
without Prejudice
CASE NUMBER: 1:07MJ31 AK

FILED 07 JUN 29 PM 3:48 OFFICE OF CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. GAINESVILLE, FLA.

I, __Angel Garcia-Bercovich__, charged in a  X complaint    petition pending in this District __Possession with intent to distribute marijuana__

in violation of __21__, U.S.C., __841(a)(1) and 841(b)(1)(B)(vii)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

_Angel Garcia_
Defendant

__6/29/07__
Date

_[signature]_
Counsel for Defendant