**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

FILED
07 JUN 29 PM 3:48
OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.

**UNITED STATES OF AMERICA**

**Plaintiff**

**v**

**ANGEL GARCIA**
**LUIS MATA-MORENO**
**LUIS BUJANDA-CALLEJAS**

**Defendant(s)**

**CASE NO.**
**1:07MJ31 AK**
**1:07MJ32 AK**
**1:07MJ33 AK**

---

# INTERPRETER'S WRITTEN OATH

**ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA;**
**I, Vanessa Carbia, OR AFFIRM TO BE TRUE TO THE CODE OF ETHICS OF MY PROFESSION, AND TO DISCHARGE FAITHFULLY THE FOLLOWING SOLEMN DUTIES AND OBLIGATIONS:**

**I WILL** interpret accurately and faithfully to the best of my ability. I will convey the true meaning of the words, phrases, and statements of the speaker, and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

**I WILL** never interject my own words, phrases, or views and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

**I WILL** familiarize myself with the case as much as possible prior to going into the Courtroom. I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation. I Will study indictments or charges to avoid possible interpretation problems during formal proceedings.

**I WILL** speak in a clear, firm and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality. I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

**I WILL** adopt a conservative manner of dress and conduct in upholding the dignity of the Court and of my profession, particularly when attention is upon me in the Courtroom. I will familiarize myself thoroughly with all the local rules and I will abide by them.

**I WILL** strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may when time and conditions permit and with the permission of the presiding judicial officer explain to those for whom I interpret what is occurring in the courtroom.

**I WILL** personally be responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when required.

So Help Me God.

Signed this 29th day of June, 2007.

Vanessa Carbia
Interpreter's Name