# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

**CASE NO.**

**ANGEL GARCIA**
**LUIS MATA-MORENO**
**LUIS BUJANDA-CALLEJAS**

**1:07MJ31 AK**
**1:07MJ32 AK**
**1:07MJ33 AK**

**Defendant**

_____/

## ORDER OF DESIGNATION

The Court finds that pursuant to Rule 604 of the Federal Rules of Evidence, that **VANESSA CARBIA** is a qualified expert as a bilingual interpreter for the Spanish **language**, and that the defendant in this cause is unable to comprehend the English language.

**Therefore, pursuant to the Court Interpreters Act it is:**

**ORDERED** that **VANESSA CARBIA** is hereby designated as an interpreter in this cause to provide the defendant with those services necessary to enable him/her to comprehend these proceedings, in the Courtroom or in Chambers, to present his/her testimony; to communicate with the presiding judicial officer; to communicate with the probation officer; and to communicate with counsel in the Courtroom, in Chambers, or in the immediate environs of the Courtroom in connection with the ongoing proceedings in this case before the presiding judicial officer.

**DONE** and **ORDERED** this 29th day of June, 2007.

**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**