## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  1:07MJ31 AK

ANGEL GARCIA

### WARRANT FOR ARREST

TO:   The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ANGEL GARCIA
                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a

### Complaint

charging him or her with:

POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B)(vii)

| | |
|---|---|
| William M. McCool<br>Name of Issuing Officer<br>*[signature]*<br>Deputy Clerk: Adelita Tinaya-Miller | Clerk of Court<br>Title of Issuing Officer<br><br>July 3, 2007   Gainesville<br>Date and Location |
| Bail fixed at $ Bail Reform Act<br>and/or in accordance with Comprehensive Crime<br>Control Act of 1984. | by  Allan Kornblum<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

USMS N/FL GAINESVILLE

| DATE RECEIVED<br>7/03/2007<br>DATE OF ARREST<br>7/5/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN BLOUNT | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |

07 JUL -5 PM12: 16

FILED