IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                           **CASE NO. 1:07MJ31 AK**

**ANGEL GARCIA**

    **Defendant.**

_____/

## ORDER OF DETENTION

This cause came before the Court for initial appearance and arraignment on an information. The Government has moved for detention pending trial pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). The Defendant, has agreed through counsel to detention by stipulation, but has reserved the right to request a preliminary and detention hearing should circumstances change which would necessitate a hearing on the issue.

Accordingly, it is **ORDERED**:

1. The motion for detention is **GRANTED**, but Defendant shall have the right to a full preliminary and detention hearing upon request.

2. The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** at Gainesville, Florida this 5th day of **July, 2007** nunc pro tunc June 29, 2007.

_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**